Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VAu 1-132-209

Effective date of registration:

March 5, 2013

---

## Title
**Title of Work:** Blaine Harrington III Photography 20120116-20121129 12,692 Unpublished Photos

## Completion/Publication
**Year of Completion:** 2012

## Author
- **Author:** Blaine Harrington III
- **Author Created:** photograph(s)
- **Work made for hire:** No
- **Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Blaine Harrington III
7533 South Overlook Way, Littleton, CO, 80128, United States

## Limitation of copyright claim
**Material excluded from this claim:** text, jewelry design, architectural work, 2-D artwork, sculpture, map
**New material included in claim:** photograph(s)

## Rights and Permissions
- **Name:** Blaine Harrington III
- **Email:** blaineharr@comcast.net    **Telephone:** 303-932-9062
- **Address:** 7533 South Overlook Way
  Littleton, CO 80128  United States

## Certification
- **Name:** Blaine G. Harrington III
- **Date:** March 5, 2013