Exhibit "B"

Page 1
Small Is Winning Everywhere But BIG Is Not Going To Concede
https://mikechurch.com/tuesday-red-pill-diaries-small-is-winning-everywhere-but-big-is-not-going-to-concede/

20200810 Mike Church Show Segment 2 Mike Church CRUSADE Channel Radio 24-7



The Mike Church Show World HQ

LISTEN NOW!    Essentials ⌄    Kitchen Sink ⌄    Store ⌄    CRUSADER Knights    Walsingham West ⌄    DONATE!

**07**
DEC

## Tuesday Red Pill Diaries-Small Is Winning Everywhere But BIG Is Not Going To Concede

THEKINGDUDE    MIKE CHURCH PRESENTS THE RED PILL DIARIES PODCASTS    ◯ 0

0  SHARES



Showmnotes    ⬇ Download    🔊 Subscribe    ⌣ Share

Podcast (mike-church-red-pill-diary-podcast):    Play in new window    |    Download    |    Embed

Subscribe:    Google Podcasts    |    Email    |    RSS

## Tuesday Red Pill Diaries-Small Is Winning Everywhere But BIG Is Not Going To Concede

### BIOGRAPHY

Mike Church Biography – "Too Catholic For Satellite Radio"

In May of 2015, Chris Ferrara wrote a bio pic essay on a talk-radio host who was then completely unknown to Catholic, talk-radio fans.

The Mike Church Interview: A Remarkable Conversion to Tradition Changes the Face of Political Talk Radio Featured

Chris wrote of me back then, words that were too kind but serve as a basis for this biography.

Indeed, over the past year or so Mike Church has emerged as the only traditionally Catholic conservative in talk radio today, anywhere in the world. And I mean traditional. Not only during my appearances on the show, but now thematically, Mike has turned the longest running political talk show on Sirius Radio into an unabashed presentation of the Social Kingship of Christ, traditional Catholic moral teaching, and even the traditional Latin liturgy as the solution to what is evidently otherwise a terminal civilizational crisis. I have been invited on the show numerous times to defend all of these things explicitly, to speak of the one true Church, and even to call upon conservative Protestants to enter the Church if they are serious about saving our nation and our civilization.

From there, on October 26, 2015, my 13 year run on Sirius Satellite Radio came to a close when my contract was not renewed. Chris would follow the above bio with an updated one titled, The Mike Church Show – Too Catholic For Satellite Radio.

## MIKE CHURCH BIOGRAPHY FACTS

Born, February 2nd, New Orleans

Begun talk-radio in 1992, WSLA, Slidell LA, I have been off air a total of 7 months since.

Launched the Sirius Satellite Radio service as its FIRST – LIVE talk-show on 10 March, 2003.

Promoted to Morning Drive on the SiriusXM Patriot Channel, May 2009, the 3rd most listened to show on the platform

From July 2007 – present, founded Founding Father Films, wrote, produced, narrated and directed 9, full length audio features, two that made it to DVD!

Returned to the Roman Catholic Church's Tridentine Mass and Tradition in 2013. Consecrated to Our Lady via de Montfort's formula in December 2014.

I had been planning for SiriusXM to "whack me" since 2012 and had laid the structural groundwork for the next step in my career: launching the Veritas Radio Network and The CRUSADE Channel. On November 1st, 2015, in a video webcast for the press, I announced the VRN and that on November 15th, the Mike Church Show would be silent no more and would return to the air, this time on a platform custom built for LIVE talk radio. Smaller Government is Better! Avoid the Chastisement! It's your hitchhiker's guide to faux conservative news! Winning

Search...    🔍

GO PREMIUM FOR 30 DAYS FREE!



TAG CLOUD

ABORTION (229)    BIG GOVERNMENT (192)

CATHOLIC (149)    CHRISTIANITY (111)

CONGRESS (358)    CONSERVATISM (104)

CONSERVATIVE (151)    CONSTITUTION (641)

CONTINENTAL CONGRESS (101)

CRUSADE CHANNEL (114)    CULTURE (216)

DEBT (121)    FOREIGN POLICY (130)

FOUNDING FATHERS (182)    GOP (115)



0 SHARES

PREVIOUS POST
Tuesday Pile of Prep-Small Is Winning Everywhere!

NEXT POST
Immaculate Conception Pile of Prep

TheKingDude

Host of the Mike Church Show on The Veritas Radio Network's CRUSADE Channel & Founder of the Veritas Radio Network. Formerly, of Sirius/XM's Patriot channel 125. The show began in March of 2003 exclusively on Sirius and remains "the longest running radio talk show in satellite radio history".

Related Posts

JANUARY 17, 2023
Tuesday New Christendom Daily-Look Up In The Boston Commons! It's A Turd, It's A Dong, No, It's MLK's Embrace
THEKINGDUDE
THE MIKE CHURCH SHOW
0

JANUARY 17, 2023
Tuesday January 17th Pile of Prep – Boston's MLK Statue "Is a Giant Dong"!
THEKINGDUDE
PILE OF PREP 0

JANUARY 16, 2023
Monday New Christendom Daily-The WEF Meets To Scheme The Final Stage Of The Great Reset
THEKINGDUDE
MIKE CHURCH PRESENTS THE RED PILL DIARIES PODCASTS , THE MIKE CHURCH SHOW
0

JANUARY 16, 2023
Monday Pile of Prep-The WEF Meets To Scheme Their "Final Solution"
THEKINGDUDE
PILE OF PREP 0

JANUARY 13, 2023
Friday New Christendom Daily-Exorcisms Reveled: Demons Are Creatures Not Creators. Here's How to Vanquish Them With Mr Kyle Clement of Societas Matris Dolorosissimae
THEKINGDUDE
MIKE CHURCH PRESENTS THE RED PILL DIARIES PODCASTS , THE NEW CHRISTENDOM
0

JANUARY 13, 2023
Friday Pile of Prep-The Biden's ARE 'Muricah's First Family of Crime
THEKINGDUDE
PILE OF PREP 0

0
Article Rating

Subscribe Login

Be the First to Comment!

Name*
Email*
Website

POST COMMENT

0 COMMENTS

JAMES MADISON (152) KEVIN GUTZMAN (110)
MIKE CHURCH (224) MILITARY (153) MORALS (185)
NSA (116) OBAMA (495) OBAMACARE (219)
PARTY POLITICS (138) PATRICK HENRY (112)
PILE OF PREP (211) RAND PAUL (192)
RED PILL DIARIES (528) RELIGION (164)
REPUBLICAN (125) ROMNEY (165) RON PAUL (188)
SECESSION (215) SENATE (104) SOCIETY (178)
STATES RIGHTS (101) SUPREME COURT (116)
SYRIA (135) TAXES (126)
THE MIKE CHURCH SHOW (105)
THOMAS JEFFERSON (137) TRUMP (108)
VALUES (141) VERITAS ET SAPIENTIA (154)
WAR (177)

BLOGROLL

- Brother André Maries Catholicism Dot Org
- CANON212 Dot Com
- Carrie Gress
- Catholic Gentleman
- CRISIS Magazine
- LifeSite News
- One Peter Five
- Regina Magazine
- The American Conservative Magazine
- The Federalist

SUBSCRIBE: RED PILL DIARY PODCAST

Google Podcasts
Android
by Email
RSS

Page 3
Small Is Winning Everywhere But BIG Is Not Going To Concede
https://mikechurch.com/tuesday-red-pill-diaries-small-is-winning-everywhere-but-big-is-not-going-to-concede/



**THEKINGDUDE ON TWITTER**

Look Up In The Boston Commons! It's A Turd, It's A Dong, No, It's MLK's Embrace https://t.co/14uoc1wHca

3 hours ago

Look Up In The Boston Commons! It's A Turd, It's A Dong, No, It's MLK's Embrace https://t.co/aF0JWDvjYc

3 hours ago

Now we know HOW  #TheBigGuy  was being paid his pound of flesh for Hunter's Burisma scam.  https://t.co/UEKjP5upiy

7 hours ago

Now Schwab is a protagonist his own conspiracy (after withdrawing he mysteriously attends!)! https://t.co/Ufi97q6ieMb

9 hours ago

The WEF Meets To Scheme The Final Stage Of The Great Reset https://t.co/nJid0g5Joo

yesterday

**CONTACT US**

P.O. Box 1776, Madisonville, LA, 70471

CALL IN: 844-527-8723

kingdude@mikechurch.com

iamkingdude@protonmail.com

**Never Miss Another Mike Church Show On The CRUSADE Channel**

Our Daily Programming Email Lists That Day's Exciting, Original Programming & Special Guests For The Mike Church Show & CRUSADE Channel Originals

First Name   Last Name

Enter your email   Subscribe

**YOU MAY HAVE MISSED**

Tuesday New Christendom Daily-Look Up In The Boston Commons! It's A Turd, It's A Dong, No, It's MLK's Embrace

January 17, 2023

Tuesday January 17th Pile of Prep – Boston's MLK Statue "Is a Giant Dong"!

January 17, 2023

Monday New Christendom Daily-The WEF Meets To Scheme The Final Stage Of The Great Reset

January 16, 2023

Monday Pile of Prep-The WEF Meets To Scheme Their "Final Solution"

January 16, 2023

Friday New Christendom Daily-Exorcisms Revealed: Demons Are Creatures Not Creators. Here's How to Vanquish Them With Mr Kyle Clament of Societas Matris Dolorosissimae

January 13, 2023

COPYRIGHT 2018 , MIKE CHURCH. ALL RIGHT RESERVED.

HOME   ABOUT   NEWS   CONTACT

Captured by FireShot Pro: 17 January 2023, 17:34:14
https://getfireshot.com