AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III, <br><br> *Plaintiff(s)* <br><br> v. <br><br> MIKECHURCH.COM, BLACKHAT STUDIOS, L.L.C., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 23-1994 M(4) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MIKECHURCH.COM, BLACKHAT STUDIOS, L.L.C.
c/o Fred M. Church (Registered Agent)
217 Horned Owl Ct.
Madisonville, LA 70447

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John E.W. Baay, II, Esq.
GEIGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street
Suite 4800
New Orleans, LA 70139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Jun 12 2023__

_____
Carol L. Michel
Name of clerk of court

_____
Deputy clerk's signature

Case 2:23-cv-01994-BWA-KWR Document 7 Filed 06/15/23 Page 2 of 2
Case 2:23-cv-01994-BWA-KWR Document 5 Filed 06/12/23 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MikeChurch.com, Blackhat Studios, LLC
was received by me on *(date)* 06/13/2023 .

☒ I personally served the summons on the individual at *(place)* Fred M. Church at 217 Horned Owl Ct. Madisonville, LA 70447 on *(date)* 06/13/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/13/2023

*John Huck*
Server's signature

John Huck, Process Server
Printed name and title

19 Sherling Ave, Jefferson, LA 70121
Server's address

Additional information regarding attempted service, etc:

X *Fred Church*
6/13/2023 Fred Church