UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAUREEN HARRINGTON                                   CIVIL ACTION

VERSUS                                                              NO. 23-1994

MIKECHURCH.COM, *et al.*                             SECTION M (4)

## ORDER

Considering the *ex parte* motion of defendants MikeChurch.com and Blackhat Studios, L.L.C. for extension of time to file responsive pleadings (R. Doc. 9),

IT IS ORDERED that the motion is GRANTED, and defendants shall file responsive pleadings on or before July 26, 2023.

New Orleans, Louisiana, this 3rd day of July, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE